UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ROBERTA L. COOK, | ) |
| Plaintiff, | ) Case No. 1:10-cv-78 |
| v. | ) Honorable Paul L. Maloney |
| COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

## ORDER OF DISMISSAL WITHOUT PREJUDICE

By order dated June 15, 2010, plaintiff was ordered to show cause by June 29, 2010, why this case should not be dismissed for lack of prosecution. Plaintiff has failed to respond to the order to show cause. Therefore:

IT IS ORDERED that plaintiff's complaint is hereby DISMISSED WITHOUT PREJUDICE for lack of prosecution.

Dated: July 23, 2010          /s/ Paul L. Maloney
                              Paul L. Maloney
                              Chief United States District Judge